# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 10, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

157581(56)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

CLIFFORD DURELL McKEE,
     Defendant-Appellant.
_____/

SC: 157581
COA: 336598
Jackson CC: 15-002787-FC

On order of the Chief Justice, the second motion of defendant-appellant to extend the time for filing his supplement brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted or before April 6, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 10, 2021



Clerk